Jason Dendulk BK # G168797
Name and Prisoner/Booking Number

Maricopa County 4th Avenue Jail
Place of Confinement

3250 W. Lower Buckeye Rd
Mailing Address

Phoenix, AZ 85009
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

```
┌─────────────────────────────────┐
│ ✓ FILED      ___ LODGED         │
│ ___ RECEIVED ___ COPY           │
│                                 │
│        OCT 2 7 2025             │
│                                 │
│ CLERK U S DISTRICT COURT        │
│    DISTRICT OF ARIZONA          │
│ BY_____ DEPUTY          │
└─────────────────────────────────┘
```

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Jason Dendulk                          ,
(Full Name of Plaintiff)

                 Plaintiff,

v.

(1) City of Mesa                       ,
(Full Name of Defendant)

(2) and others                         ,

(3) _____    ,

(4) _____    ,

                 Defendant(s).

☒ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 2:25-CV-02908-JAT-DMF
        (To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT**
**BY A PRISONER**

JURY TRIAL DEMANDED

☐ Original Complaint
☒ First Amended Complaint
☐ Second Amended Complaint

## A.   JURISDICTION

1.   This Court has jurisdiction over this action pursuant to:
     ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
     ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
     ☐ Other: _____.

2.   Institution/city where violation occurred:   Mesa, AZ                          .

Revised 12/1/23                              1

**550/555**

Defendants
1. City of Mesa
2. Cody Dirk (22165)
3. Joshua Lopez (24565)
4. Cody Shaw (23124)
5. Shaquille Perez Cortes (23553)

1-A

## B.   DEFENDANTS

1. Name of first Defendant: ___City of Mesa___. The first Defendant is employed
as: _____ at _____.
           (Position and Title)                                        (Institution)

2. Name of second Defendant: ___Cody Dirk___. The second Defendant is employed as:
as: ___Detective___ at ___Mesa Police Department___.
           (Position and Title)                                        (Institution)

3. Name of third Defendant: ___Joshua Lopez___. The third Defendant is employed
as: ___Police officer___ at ___Mesa Police Department___.
           (Position and Title)                                        (Institution)

4. Name of fourth Defendant: ___Cody Shaw___. The fourth Defendant is employed
as: ___Detective___ at ___Mesa Police Department___.
           (Position and Title)                                        (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C.   PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☒ No

2. If yes, how many lawsuits have you filed? ___N/A___. Describe the previous lawsuits:

a. First prior lawsuit:
1. Parties: _____ v. _____
2. Court and case number: _____.
3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
_____.

b. Second prior lawsuit:
1. Parties: _____ v. _____
2. Court and case number: _____.
3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
_____.

c. Third prior lawsuit:
1. Parties: _____ v. _____
2. Court and case number: _____.
3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
_____.

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

B. Defendants

5. Name of the fifth Defendant: Shaqwille Perez Cortes. The fifth defendant is employed as a Detective at the Mesa Police Department.

2 - A

## D.  CAUSE OF ACTION

### COUNT I

1.  State the constitutional or other federal civil right that was violated: _U.S. Constitution 4th amendment_.

2.  **Count I.**  Identify the issue involved.  Check **only one**.  State additional issues in separate counts.
    - ☐ Basic necessities
    - ☐ Mail
    - ☐ Access to the court
    - ☐ Medical care
    - ☐ Disciplinary proceedings
    - ☐ Property
    - ☐ Exercise of religion
    - ☐ Retaliation
    - ☒ Excessive force by an officer
    - ☐ Threat to safety
    - ☐ Other: _____.

3.  **Supporting Facts.**  State as briefly as possible the FACTS supporting Count I.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

On January 30th 2025, Mesa Police officers/detectives Cody Dirk, Joshua Lopez, Cody Shaw, and Shaquille Perez Cortes used unlawful, excessive force in apprehending plaintiff, Jason Dendulk, near residence of 8715 E. Woodland Drive in Mesa, Az. As plaintiff held hands up in surrender, posing no physical threat at all, officer Lopez tackled him & instigated a savage beating of plaintiff instead of simply hand-cuffing him. After the unnecessary take-down of the plaintiff, Lopez began kneeing him, repeatedly in the body. Shortly after, Detective Perez Cortes approached & joined in on the beat-down. Perez Cortes delivered a combination of closed-fist punches, open palm strikes, and elbows to the plaintiffs face & head. Detective Dirk approached and shot (4) tazor rounds into plaintiffs back as plaintiff is lying helpless on the ground being beaten relentlessly by multiple officers. Detective Shaw also got in on the assault by over-aggressively handcuffing plaintiff breaking the plaintiffs left hand.

4.  **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).

Plaintiff was taken to AZ General Hospital where it was confirmed that both bones in his nose were broken, bone in left hand was broken, stitches were required to seal a large gash above left eye, & body was.

5.  **Administrative Remedies:**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☐ Yes  ☒ No
    b.  Did you submit a request for administrative relief on Count I?  ☐ Yes  ☒ No
    c.  Did you appeal your request for relief on Count I to the highest level?  ☐ Yes  ☒ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not.  Incident did not occur in an institution, therefore no administrative remedies were available. However, a direct complaint was.

3

4. <u>Injury - cont.</u>

covered in bruises, scrapes including wounds from (4) tazor rounds. In addition and most importantly, plaintiff suffers from irreversible psychological damage (P.T.S.D) requiring indefinite (possibly life-long) treatment including psychiatry, counseling, & therapy.

5. <u>Administrative Remedies</u> - cont.

d. filed with the Mesa Police Department as well as a Notice of Claim with the City of Mesa.

3-A

## COUNT II

1.  State the constitutional or other federal civil right that was violated: _U.S. Constitution 14th amendment_.

2.  **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
    - ☐ Basic necessities
    - ☐ Mail
    - ☐ Access to the court
    - ☐ Medical care
    - ☐ Disciplinary proceedings
    - ☐ Property
    - ☐ Exercise of religion
    - ☐ Retaliation
    - ☒ Excessive force by an officer
    - ☐ Threat to safety
    - ☒ Other: _Due process + Equal protection_.

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

    On January 30th, 2025, Mesa police officers + detectives violated the plaintiffs 14th amendment right in two ways by their unlawful use of excessive force. The "due process" clause was violated when these officers deprived the plaintiff of his liberty without proper procedure. Although plaintiff posed no physical threat, the officers used excessive force in apprehending him because of his prior criminal history. The excessive force used by these officers also violated the "equal protection" clause. The violent means the officers used to arrest the plaintiff denied him equal protection under law.

4.  **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

    Unfair treatment led to both bones broken in plaintiffs nose, A gash above left eye requiring stitches, a broken hand, bruises + scrapes everywhere including wounds from (4) tazor rounds, permanent psychological damage.

5.  **Administrative Remedies.**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☐ Yes   ☒ No
    b.  Did you submit a request for administrative relief on Count II?   ☐ Yes   ☒ No
    c.  Did you appeal your request for relief on Count II to the highest level?   ☐ Yes   ☒ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _Incident did not occur within an institution; however a direct complaint was filed with mesa PD as well as a notre of claim_.

3. Administrative Remedies - cont.

D. With the City of Mesa.

4 - A

**COUNT III**

1. State the constitutional or other federal civil right that was violated: _18; U.S.C. §1001_

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: _False statements_

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On January 30th, 2025, Mesa Police officers/detectives used excessive force in apprehending the plaintiff, Jason Dendulk, In an attempt to justify their actions, all four of the defendants knowingly + willfully lied on the police report narratives. They either said that the plaintiff was "armed" with a screwdriver, reaching for his waistband, or actively resisting arrest when none of those things are true. The truth is Jason was not "armed" with anything and was holding his hands up in surrender when these mesa officers savagely beat him & tazed him, scarring him for life.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Both bones in nose broken, large gash above left eye requiring stitches, broken left hand, bruises & scrapes all over including wounds from (4) tazor rounds & irreversible psychological damage.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☒ No
   b. Did you submit a request for administrative relief on Count III? ☐ Yes ☒ No
   c. Did you appeal your request for relief on Count III to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Incident did not occur within an institution. However, a direct complaint was filed with the Mesa Police Department as well as a.

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

5. Administrative Remedies- cont.

d. Notice of Claim with the City of Mesa.

5-A

## E. REQUEST FOR RELIEF

State the relief you are seeking:

1. $4,500,000 in financial compensation for medical expenses, pain+suffering, lost wages+permanent psychological damage.

2. Cody Birk, Joshua Lopez, Cody Shaw, + Shaquille Perez Cortes all to be held accountable for their actions through legal repercussions + disciplinary action.

3. Currently pending charges against plaintiff in the State of Arizona case # CR 2025-104825 be dismissed with prejudice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___ 10/20/2025 ___
DATE

_____
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.  If you need more space, you may attach no more than fifteen additional pages.  But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

# MARICOPA COUNTY SHERIFF'S OFFICE
# INMATE LEGAL SERVICES

# <u>CERTIFICATION</u>

I hereby certify that on this date _____ **OCT 2 1 2025** _____

In accordance with the instruction received from the inmate and the rules of this Court, I mailed the original and two (2) copies to the Clerk of the United States District Court, District of Arizona.

I further certify that copies of the original have been forwarded to:

____    Hon _____ United States District Court, District of Arizona.

____    Hon _____ United States District Court, District of Arizona.

____    Attorney General, State of Arizona, _____

____    Judge _____ Superior Court, Maricopa County, State of Arizona.

____    County Attorney, Maricopa County, State of Arizona _____

____    Public Defender, Maricopa County, State of Arizona _____

____    Defendant _____

____    Other _____

____    _____

____    _____


_____    _____
Legal Support Specialist Signature          S/N

INMATE LEGAL SERVICES
Maricopa County Sheriff's Office
3250 W. Lower Buckeye Rd.
Phoenix, AZ 85009

USDC Certification                                                                                          09/09/20